USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/21/15_

# STEGER KRANE LLP

| | |
|---|---|
| 1601 Broadway, 12th Floor | 30 Ramland Road, Suite 201 |
| New York, NY 10019 | Orangeburg, NY 10962 |
| (212) 736-6800 | (845) 359-4600 |
| www.skattorney.com | (845) 689-2155 (fax) |

October 14, 2015

**VIA ECF**

Honorable Sidney H. Stein
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan
U.S. Courthouse
500 Pearl Street
New York, New York 10007          **MEMO ENDORSED**

*[handwritten: 10/20/15 This action was terminated with prejudice by entry of a judgment on Jan. 21, 2015 (Okt. #33). The request to amend the complaint is therefore denied. So ordered. Sidney H. Stein, U.S.D.J.]*

RE:   Goldhaber Research Associates, LLC v. Tommy Jack, P.C. d/b/a The Jacks Law Firm, et
      al., In the USDC of the Southern District of New York, Civil Action No: 06 CV- 13628
      (SHS)

Dear Judge Stein:

We are counsel for plaintiff and judgment creditor Goldhaber Research Associates, LLC
in this action.

Post-judgment discovery served pursuant to Federal Rule of Civil Procedure 69 has
revealed that defendant and judgment debtor Tommy Jacks, P.C. transferred significant sums of
money to third party Tommy Jacks while this action was pending. The amounts transferred to
Mr. Jacks are in excess of the amount of the judgment. Accordingly, we seek leave of the Court
to file an amended complaint naming Mr. Jacks as a defendant in this action pursuant to Federal
Rule of Civil Procedure 69(a) and New York C.P.L.R. § 5225(b). We have attached the
proposed amended complaint.

Federal courts in New York have consistently held that judgment creditors can seek to
enforce a judgment against an alleged fraudulent transferee or successor to the judgment debtor
without commencing a new action. "Nearly every court in this Circuit to consider the issue has
held that parties can bring a motion under [Rule] 69(a), rather than instituting a special
proceeding under the New York State law." *Tiffany (NJ) LLC v. Dong*, 2013 U.S. Dist. LEXIS
114986, *29, 2013 WL 4046380 (S.D.N.Y. Aug. 9, 2013). *See also Mitchell v Lyons Prof'l
Servs.*, 727 F. Supp. 2d 120 (E.D.N.Y. 2010) ("Under Fed. R. Civ. P. 69(a), judgment creditor is
not required to commence separate proceeding against alleged fraudulent transferee or successor

to judgment debtor based upon N.Y. C.P.L.R. 5225(b), which would require separate proceeding; Fed. R. Civ. P. 69(a) does not require strict adherence to state procedural law, and judgment creditor may seek relief provided under N.Y. C.P.L.R. 5225(b) through motion made in original federal action.")

We respectfully request leave of the Court to file the proposed amended complaint. Thank you for your consideration of this request.

Respectfully submitted,

Michael D. Steger

cc: Moshe Horn, Esq. (VIA ECF)
    Steven S. Krane, Esq. (VIA ECF)